```
                            United States Bankruptcy Court
                             Northern District of Ohio
In re:                                                             Case No. 19-33255-maw
Thomas D. Mohr                                                     Chapter 7
Susan P. Mohr
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0647-3          User: admin              Page 1 of 2           Date Rcvd: Oct 09, 2019
                              Form ID: 309A            Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
```
db             +Susan P. Mohr,    1030 Cambridge Avenue,    Marion, OH 43302-6538
db             +Thomas D. Mohr,    1030 Cambridge Avenue,    Marion, OH 43302-6538
tr              Bruce C. French,    PO Box 839,    Lima, OH 45802-0839
26271698      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas Of Ohio,      200 Civic Center,
                 Attn: Bankruptcy Department,    Columbus, OH   43215)
26271697        City of Marion Utility,    233 W Center Street,    Marion, OH 43302-3643
26271699        FCI Lender Services,    P.O.Box 27370,    Anaheim, CA 92809-0112
26271704       +Lending Club Corporation,    21 Stevenson,    Suite 300,    San Francisco, CA 94105-2706
26271705       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
26271706       +Marion City Auditor-Income Tax,    233 W. Center Street,    Marion, OH 43302-3643
26271707       +Mercury Card/FB&T,    1415 Warms Springs Rd,    Columbus, GA 31904-8366
26271708        Mercury Card/FB&T,    700 22nd Avenue South,    Brookings, SD 57006
26271714       +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
26271713       +Specialized Loan Servicing, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jperl@bex.net Oct 09 2019 22:44:28     James M. Perlman,    416 N Erie Street,
                #100,    Toledo, OH  43604
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Oct 09 2019 22:45:02     Cynthia J. Thayer,
                US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
26271694       +E-mail/Text: bnc@advanceamerica.net Oct 09 2019 22:45:51     Advance America Cash Advance,
                1312 Mt Vernon Ave,    Suite 4,    Marion, OH 43302-5627
26271695       +EDI: CAPITALONE.COM Oct 10 2019 02:23:00      Capital One - Bankruptcy Dept.,    PO Box 30285,
                Salt Lake City, UT 84130-0285
26271696       +EDI: CAPITALONE.COM Oct 10 2019 02:23:00      Capital One/Menards,    PO Box 30253,
                Salt Lake City, UT 84130-0253
26271700        E-mail/Text: bankruptcy@firstenergycorp.com Oct 09 2019 22:45:52     First Energy,
                76 S. Main St.,    Akron, OH  44308
26271701        EDI: FORD.COM Oct 10 2019 02:23:00      Ford Motor Credit Company,
                National Bankruptcy Service Center,    PO Box 6275,    Dearborn, MI  48121
26271702        EDI: IRS.COM Oct 10 2019 02:23:00      Internal Revenue Service,
                1240 East Ninth Street, Room 403,    Insolvency Group 3,    Cleveland, OH  44199
26271709        E-mail/Text: Bankruptcy.notices@tax.state.oh.us Oct 09 2019 22:46:31
                Ohio Department Of Taxation,    P.O. Box 530,    Attn: Bankruptcy Division,
                Columbus, OH  43216-0530
26271710       +EDI: AGFINANCE.COM Oct 10 2019 02:23:00      OneMain,    P.O.Box 1010,
                Evansville, IN 47706-1010
26271711       +EDI: AGFINANCE.COM Oct 10 2019 02:23:00      Onemain Financial,    Bankruptcy Dept.,
                PO Box 6042,    Sioux Falls, SD 57117-6042
26271712       +E-mail/Text: opportunitynotices@gmail.com Oct 09 2019 22:46:22      Opportunity Financial LLC,
                130 E Randolph St,    Suite 3400,    Chicago, IL 60601-6379
26272742       +EDI: PRA.COM Oct 10 2019 02:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
26271715       +EDI: RMSC.COM Oct 10 2019 02:23:00      Synchrony Bank - Bankruptcy Dept,    P.O.Box 965061,
                Orlando, FL 32896-5061
26271716       +EDI: RMSC.COM Oct 10 2019 02:23:00      Synchrony Bank - Care Credit,    Attn: Bankruptcy Dept.,
                PO Box 965061,    Orlando, FL 32896-5061
26271717       +EDI: RMSC.COM Oct 10 2019 02:23:00      Synchrony Bank Lowes,    P.O.Box 530914,
                Atlanta, GA 30353-0914
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
26271703*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

     Bruce C. French     brucecfrench@earthlink.net, bcfrench@woh.rr.com;bcf@trustesolutions.com;BCF@trustesolutions.net
     James M. Perlman     on behalf of Debtor Susan P. Mohr jperl@bex.net, jimperlmanlaw2@gmail.com
     James M. Perlman     on behalf of Debtor Thomas D. Mohr jperl@bex.net, jimperlmanlaw2@gmail.com

                                                                    TOTAL: 3

| | | **Information to identify the case:** | | |
|---|---|---|---|---|
| Debtor 1 | | Thomas D. Mohr | Social Security number or ITIN | xxx–xx–4282 |
| | | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Susan P. Mohr | Social Security number or ITIN | xxx–xx–9893 |
| | | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | | Northern District of Ohio | Date case filed for chapter 7 | 10/7/19 |
| Case number: | | 19–33255–maw | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas D. Mohr | Susan P. Mohr |
| 2. | **All other names used in the last 8 years** | aka Tom D. Mohr, aka Tommy Mohr | |
| 3. | **Address** | 1030 Cambridge Avenue<br>Marion, OH 43302 | 1030 Cambridge Avenue<br>Marion, OH 43302 |
| 4. | **Debtor's attorney**<br>Name and address | James M. Perlman<br>416 N Erie Street<br>#100<br>Toledo, OH 43604 | Contact phone (419) 724–1776<br><br>Email:  jperl@bex.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Bruce C. French<br>PO Box 839<br>Lima, OH 45802–0839 | Contact phone 419–222–9134<br><br>Email:  brucefrench@earthlink.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | 1716 Spielbusch Ave Room 411 Toledo, OH 43604 | 9:00 AM – 4:00 PM  Contact phone 419–213–5600  Date: 10/9/19 |
| 7. | **Meeting of creditors** | **December 3, 2019 at 12:30 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** **Valid photo identification required** ***  *** **Proof of Social Security Number required** *** | **401 W. North Street, Room 260, Lima, OH 45801** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 2/3/20** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

19-33255-maw    Doc 10    FILED 10/11/19    ENTERED 10/12/19 00:18:55    Page 4 of 4