## Fill in this information to identify your case:

Debtor 1 __Thomas D. Mohr__

Debtor 2 __Susan P. Mohr__
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of Ohio__

Case number __3:19-bk-33255__
(If known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets | |
|---|---|---|
| | | **Your assets** Value of what you own |
| 1. | **Schedule A/B:** *Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................... | $174,740.00 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B* ...................................... | $36,907.00 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B*.................................................. | $211,647.00 |

| Part 2: | Summarize Your Liabilities | |
|---|---|---|
| | | **Your liabilities** Amount you owe |
| 2. | **Schedule D:** *Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D.* | $298,080.40 |
| 3. | **Schedule E/F:** *Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......................... | $9,749.32 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................... | $71,087.57 |
| | **Your total liabilities** | $378,917.29 |

| Part 3: | Summarize Your Income and Expenses | |
|---|---|---|
| 4. | **Schedule I:** *Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I ........................................................... | $5,376.09 |
| 5. | **Schedule J:** *Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22, Column A, of Schedule J. ............................................... | $5,129.83 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Part 4:**            **Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
    ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
    ☒  Yes

7.  **What kind of debt do you have?**
    ☒  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.
    ☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income* (Official Form 122A-1, 122B, or 122C-1):
    Copy your total current monthly income from line 11........................................................................    $3,613.80

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*................................

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.)................................................................. | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.)........................................ | $9,749.32 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) ............................. | $0.00 |
| 9d. Student loans. (Copy line 6f.)........................................................................... | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)................................................................................................... | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)........................... | $0.00 |
| 9g. **Total.** Add lines 9a through 9f............................................................................. | $9,749.32 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Thomas D. Mohr**

Debtor 2    **Susan P. Mohr**
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of Ohio**

Case number    **3:19-bk-33255**
(If known)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Each Residence, Building, Land or Other Real Estate You Own or Have an Interest in**

**1.**    **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

| 1.1 | 1030 Cambridge Avenue |
|---|---|

Street address, if available, or other description

Marion OH 43302
City, State, ZIP Code

Marion
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other
   **N/A**

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $174,740.00 | $174,740.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**fee simple joint owners**

☐ Check if this is community property
(see instructions)

**2.**    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .........................................**

| $174,740.00 |
|---|

**Part 2:**    **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No.
☒ Yes.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

<table>
<tr><td colspan="2">3.1 Make: <u>Ford</u></td><td><strong>Who has an interest in the property?</strong> Check</td><td>Do not deduct secured claims or exemptions.</td></tr>
</table>

3.1 Make: <u>Ford</u>

Model: <u>Escape</u>

Year: <u>2017</u>

Approximate mileage: <u>18000</u>

Other information:

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $13,750.00 | $13,750.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No.
☐ Yes.

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ...........................................**   $13,750.00

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?** (List the current value of the portion you own. Do not deduct secured claims or exemptions)

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes **(misc HHGF no 1 item >$625 $18,000.00, J)**............................................................................   $18,000.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes **(6 tvs, cd player, computer, printer, 2 cell phones, misc CD's & DVD's $1,000.00, J)** ........   $1,000.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes .................................................................................................................................................

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes **(exercise machine & misc house tools $300.00, J)** ...................................................................   $300.00

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☒ Yes **(9mm handgun & ammunition $100.00, J)**.................................................................................   $100.00

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes **(misc everyday clothing $3,000.00, J)** ....................................................................................   $3,000.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

☐ No
☒ Yes **(2 pair of earrings, watches and misc costume jewelry $500.00, J)** ..................................... $500.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☒ Yes **(pet cat Siegfried $0.00, J)** ............................................................................................

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☒ Yes **(2 cpap machines $100.00, J)** ........................................................................................ $100.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................... | $23,000.00 |

| Part 4: | Describe Your Financial Assets |

**Do you own or have any legal or equitable interest in any of the following?** (List the current value of the portion you own. Do not deduct secured claims or exemptions)

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes **cash on hand $18.00 (J)** ............................................................................................... $18.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes **jt checking 5/3 Bank $45.18 (J)**...................................................................................... $45.18

    **jt savings 5/3 Bank $2.00 (J)** .................................................................................... $2.00

    **jt 5/3 checking express acct $1.82 (J)** ...................................................................... $1.82

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes ............................................................................................................................................ $0.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes ............................................................................................................................................ $0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes ............................................................................................................................................ $0.00

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes **Teamsters pension monthly payment $0.00 (D1)** ..........................................................

    **UPS pension monthly payment $0.00 (D1)** ..............................................................

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company.
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☒ Yes **Ohio Edison $90.00 (J)** ................................................................................. $90.00

**23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

☒ No
☐ Yes ................................................................................................................................ $0.00

**24. Interests in an education IRA** as defined in 26 U.S.C. § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1).

☒ No
☐ Yes ................................................................................................................................ $0.00

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes ................................................................................................................................ $0.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes ................................................................................................................................ $0.00

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☒ Yes **CDL license $0.00 (D1)** ......................................................................................

**28. Tax refunds owed to you**
Give specific information about them, including whether you already filed the returns and the tax years

☒ No
☐ Yes ................................................................................................................................ $0.00

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes ................................................................................................................................ $0.00

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes ................................................................................................................................ $0.00

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance. Name the insurance company of each policy and the beneficiary, and list its value

☐ No
☒ Yes **homeowners, auto, health, term life $0.00 (J)** .................................................

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes ................................................................................................................................ $0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes ................................................................................................................................. **$0.00**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes ................................................................................................................................. **$0.00**

**35. Any financial assets you did not already list**

☒ No

☐ Yes ................................................................................................................................. **$0.00**

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........................................................ | **$157.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to part 6.
☐ Yes. Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to part 7.
☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No

☒ Yes **timeshare in Clark County Nevada $0.00 (J)** ...................................................... | _____ |

**54. Add the dollar value of all of your entries from Part 7, including any entries for pages you have attached for Part 7. Write that number here** ........................................................ | _____ |

| **Part 8:** | **List the Totals of Each Part of this Form** |

**55.** Part 1: Total real estate, line 2 .................................................................................... | **$174,740.00** |

**56.** Part 2: Total vehicles, line 5 ....................................................... | **$13,750.00** |

**57.** Part 3: Total personal and household items, line 15 .................. | **$23,000.00** |

**58.** Part 4: Total financial assets, line 36 ........................................ | **$157.00** |

**59.** Part 5: Total business-related property, line 45 ........................ | _____ |

**60.** Part 6: Total farm- and fishing-related property, line 52 .......... | _____ |

**61.** Part 7: Total other property not listed, line 54 ......................... | _____ |

**62. Total personal property.** Add lines 56 through 61 ...................................................... | **$36,907.00** |

**63. Total of all property on Schedule A/B.** Add line 55 + line 62 ..................................... | **$211,647.00** |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1 __Thomas D. Mohr__

Debtor 2 __Susan P. Mohr__
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of Ohio__

Case number __3:19-bk-33255__
(If known)

☐ Check if this is an amended filing

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

## Official Form 106C

# Schedule C: The Property You Claim as Exempt          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** Check one only, even if your spouse is filing with you.

☒ You are claiming Ohio Exemptions (04/01/2019) and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| 1030 Cambridge Marion OH (Line 1) | $174,740.00 | ☒ $174,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(1)(b) |
| 2017 Ford Escape (Line 3) | $13,750.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(2) |
| misc HHGF no 1 item >$625 (Line 6) | $18,000.00 | ☒ $18,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(4)(a) |
| 6 tvs, cd player, computer, printer, 2 cell phones, misc CD's & DVD's (Line 7) | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(4)(a) |
| exercise machine & misc house tools (Line 9) | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(4)(a) |
| misc everyday clothing (Line 11) | $3,000.00 | ☒ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(4)(a) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own *Copy the value from Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| 2 pair of earrings, watches and misc costume jewelry (Line 12) | $500.00 | ☒ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(4)(b) |
| 2 cpap machines (Line 14) | $100.00 | ☒ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(7) |
| cash on hand (Line 16) | $18.00 | ☒ $18.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(3) |
| jt 5/3 checking express acct (Line 17) | $1.82 | ☒ $1.82 ☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(3) |
| jt checking 5/3 Bank (Line 17) | $45.18 | ☒ $45.18 ☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(3) |
| jt savings 5/3 Bank (Line 17) | $2.00 | ☒ $2.00 ☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code § 2329.66(A)(3) |
| **Total** | $211,457.00 | $196,967.00 | |

3.  **Are you claiming a homestead exemption of more than $170,350.00?**
    (Subject to adjustment on 04/01/2022 and every 3 years after that for cases filed on or after the date of adjustment.)
    ☐    No
    ☒    Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
         ☒    No
         ☐    Yes

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

19-33255-maw    Doc 14    FILED 11/05/19    ENTERED 11/05/19 14:59:55    Page 9 of 40

**Fill in this information to identify your case:**

Debtor 1    __Thomas D. Mohr__

Debtor 2    __Susan P. Mohr__
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of Ohio__

Case number    __3:19-bk-33255__
(If known)

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
| --- | --- |

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of the collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>if any |
| --- | --- | --- | --- | --- |
| **2.1**<br>**FCI Lender Services**<br>Creditor's Name<br>**P.O.Box 27370**<br>Number  Street<br><br>**Anaheim CA 92809-0112**<br>City, State, ZIP Code<br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☒ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred: **01/01/2000** | Describe the property that secures the claim:<br>**1030 Cambridge Marion OH**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset)<br><br>Last 4 digits of account number: **-3567** | $33,160.49 | $174,740.00 | $33,160.49 |
| **2.2**<br>**Ford Motor Credit Company**<br>Creditor's Name<br>**National Bankruptcy Service Center**<br>Number  Street<br>**PO Box 6275**<br><br>**Dearborn MI 48121**<br>City, State, ZIP Code<br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☒ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred: **05/19/2017** | Describe the property that secures the claim:<br>**2017 Ford Escape**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset)<br><br>Last 4 digits of account number: **-xxxx** | $20,088.88 | $13,750.00 | $6,338.88 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of the collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** | Column C<br>**Unsecured portion**<br>if any |
|---|---|---|---|---|
| **2.3**<br>**Specialized Loan Servicing, LLC**<br><sub>Creditor's Name</sub><br>**PO Box 636005**<br><sub>Number   Street</sub><br><br>**Littleton CO 80163**<br><sub>City, State, ZIP Code</sub> | Describe the property that secures the claim:<br>**1030 Cambridge Marion OH** | $244,831.03 | $174,740.00 | $70,091.03 |

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number:

Date debt was incurred: **01/01/2010**

| Add the dollar value of your entries in Column A. Write that number here: ............................................. | **$298,080.40** |
|---|---|

---

**Part 2:**     **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**
**Specialized Loan Servicing, LLC**
<sub>Creditor's Name</sub>
**PO Box 636005**
<sub>Number   Street</sub>

**Littleton CO 80163**
<sub>City, State, ZIP Code</sub>

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number: **UNKNOWN**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

## Fill in this information to identify your case:

Debtor 1 __Thomas D. Mohr__

Debtor 2 __Susan P. Mohr__
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of Ohio__

Case number __3:19-bk-33255__
(If known)

☐ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the
top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---------|--------------------------------------------|

**1.** **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☒ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed,
identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as
possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of
Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in
the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|--|--|-------------|-----------------|--------------------|

**2.1**
__Internal Revenue Service__
Priority Creditor's Name
__1240 East Ninth Street, Room 403__
Number   Street
__Insolvency Group 3__

__Cleveland OH 44199__
City, State, ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred? **2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe
the government
☐ Claims for death or personal injury while
you were intoxicated
☐ Other. Specify

Total claim: $2,373.00    Priority amount: $2,373.00    Nonpriority amount: $0.00

**2.2**
__Internal Revenue Service__
Priority Creditor's Name
__1240 East Ninth Street, Room 403__
Number   Street
__Insolvency Group 3__

__Cleveland OH 44199__
City, State, ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred? **2018**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe
the government
☐ Claims for death or personal injury while
you were intoxicated
☐ Other. Specify

Total claim: $1,311.00    Priority amount: $1,311.00    Nonpriority amount: $0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.3**

**Internal Revenue Service**
Priority Creditor's Name
**1240 East Ninth Street, Room 403**
Number  Street
**Insolvency Group 3**

**Cleveland OH 44199**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred: **2016**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$5,070.00          $5,070.00          $0.00

**2.4**

**Marion City Auditor-Income Tax**
Priority Creditor's Name
**233 W. Center Street**
Number  Street

**Marion OH 43302**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$392.16          $392.16          $0.00

**2.5**

**Ohio Department Of Taxation**
Priority Creditor's Name
**P.O. Box 530**
Number  Street
**Attn:  Bankruptcy Division**

**Columbus OH 43216-0530**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$603.16          $603.16          $0.00

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes.

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

19-33255-maw    Doc 14    FILED 11/05/19    ENTERED 11/05/19 14:59:55    Page 13 of 40

**4.1**

**Advance America Cash Advance**
Nonpriority Creditor's Name
**1312 Mt Vernon Ave**
Number  Street
**Suite 4**

**Marion OH 43302**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Personal Loan**

$1,310.54

---

**4.2**

**Advance America Cash Advance**
Nonpriority Creditor's Name
**1312 Mt Vernon Ave**
Number  Street
**Suite 4**

**Marion OH 43302**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Personal Loan**

$8,283.40

---

**4.3**

**Capital One - Bankruptcy Dept.**
Nonpriority Creditor's Name
**PO Box 30285**
Number  Street

**Salt Lake City UT 84130**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **-xxxx**

When was the debt incurred? **03/11/2011**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

$2,398.00

---

**4.4**

**Capital One - Bankruptcy Dept.**
Nonpriority Creditor's Name
**PO Box 30285**
Number  Street

**Salt Lake City UT 84130**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **-xxxx**

When was the debt incurred? **04/02/2010**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

$624.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.5**
**Capital One - Bankruptcy Dept.**
Nonpriority Creditor's Name
**PO Box 30285**
Number   Street

**Salt Lake City UT 84130**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **-xxxx**

When was the debt incurred: **04/26/2015**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

$2,290.00

**4.6**
**Capital One - Bankruptcy Dept.**
Nonpriority Creditor's Name
**PO Box 30285**
Number   Street

**Salt Lake City UT 84130**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **-xxxx**

When was the debt incurred: **04/26/2015**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

$2,322.00

**4.7**
**Capital One - Bankruptcy Dept.**
Nonpriority Creditor's Name
**PO Box 30285**
Number   Street

**Salt Lake City UT 84130**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **-xxxx**

When was the debt incurred: **04/15/2010**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

$1,674.00

**4.8**
**Capital One - Bankruptcy Dept.**
Nonpriority Creditor's Name
**PO Box 30285**
Number   Street

**Salt Lake City UT 84130**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **-xxxx**

When was the debt incurred: **03/11/2011**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

$2,430.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.9** | $851.00
**Capital One/Menards**
Nonpriority Creditor's Name
**PO Box 30253**
Number    Street

**Salt Lake City UT 84130**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **-xxxx**

When was the debt incurred: **07/17/2018**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---

**4.10** | $530.28
**City of Marion Utility**
Nonpriority Creditor's Name
**233 W Center Street**
Number    Street

**Marion OH 43302-3643**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Utility**

---

**4.11** | $571.60
**Columbia Gas Of Ohio**
Nonpriority Creditor's Name
**200 Civic Center**
Number    Street
**Attn:  Bankruptcy Department**

**Columbus OH 43215**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Utility**

---

**4.12** | $327.75
**First Energy**
Nonpriority Creditor's Name
**76 S. Main St.**
Number    Street

**Akron OH 44308**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Utility**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.13**
**Internal Revenue Service**
Nonpriority Creditor's Name
**1240 East Ninth Street, Room 403**
Number   Street
**Insolvency Group 3**

**Cleveland OH 44199**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                        $1,598.00

When was the debt incurred? **2015**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Taxes-2015**

---

**4.14**
**Lending Club Corporation**
Nonpriority Creditor's Name
**21 Stevenson**
Number   Street
**Suite 300**

**San Francisco CA 94105**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **-5974**                               $16,542.00

When was the debt incurred? **12/09/2016**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Personal Loan**

---

**4.15**
**Lendmark Finacial Services Corp**
Nonpriority Creditor's Name
**2118 Usher Street**
Number   Street
**#200**

**Conyers GA 30094-5173**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **-xxxx**                               $5,134.00

When was the debt incurred? **12/10/2018**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Personal Loan**

---

**4.16**
**Mariner Finance**
Nonpriority Creditor's Name
**8211 Town Center Dr**
Number   Street

**Nottingham MD 21236**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **-xxxx**                               $2,528.00

When was the debt incurred? **11/14/2018**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Personal Loan**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.17**

**Mercury Card/FB&T**
Nonpriority Creditor's Name

**700 22nd Avenue South**
Number   Street


**Brookings SD 57006**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **-xxxx**                                    $2,137.00

When was the debt incurred? **10/10/2012**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
  you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

---

**4.18**

**Mercury Card/FB&T**
Nonpriority Creditor's Name

**1415 Warms Springs Rd**
Number   Street


**Columbus GA 31904**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **-7xxx**                                    $3,580.00

When was the debt incurred? **09/21/2012**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
  you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

---

**4.19**

**Onemain Financial**
Nonpriority Creditor's Name

**Bankruptcy Dept.**
Number   Street

**PO Box 6042**

**Sioux Falls SD 57117**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **-xxxx**                                    $7,566.00

When was the debt incurred? **08/07/2018**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
  you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Personal Loan**

---

**4.20**

**Opportunity Financial LLC**
Nonpriority Creditor's Name

**130 E Randolph St**
Number   Street

**Suite 3400**

**Chicago IL 60601**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                             $1,900.00

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
  you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Personal Loan**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.21**
**Synchrony Bank - Care Credit**
Nonpriority Creditor's Name
**Attn:  Bankruptcy Dept.**
Number   Street
**PO Box 965061**

**Orlando FL 32896**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **-xxxx**                            $3,923.00

When was the debt incurred? **08/15/2012**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

---

**4.22**
**Synchrony Bank Lowes**
Nonpriority Creditor's Name
**P.O.Box 530914**
Number   Street

**Atlanta GA 30353**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **-6427**                            $1,009.00

When was the debt incurred? **05/11/2014**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

---

**4.23**
**Synchrony Bank Lowes**
Nonpriority Creditor's Name
**P.O.Box 530914**
Number   Street

**Atlanta GA 30353**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **-xxxx**                            $1,558.00

When was the debt incurred? **05/11/2014**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

---

| Part 3: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

**5.    Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**1**
**Internal Revenue Service**
Creditor's Name
**PO Box 7346**
Number   Street

**Philadelphia PA 19101**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 2.2 of (Check one):
- [x] Part 1: Creditors with Priority Unsecured Claims
- [ ] Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**2**

**Internal Revenue Service**
Creditor's Name
**PO Box 7346**
Number   Street


**Philadelphia PA 19101**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.3** of (Check one):  ☒ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**3**

**Internal Revenue Service**
Creditor's Name
**PO Box 7346**
Number   Street

**Philadelphia PA 19101**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.13** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**4**

**Internal Revenue Service**
Creditor's Name
**PO Box 7346**
Number   Street


**Philadelphia PA 19101**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.1** of (Check one):  ☒ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**5**

**OneMain**
Creditor's Name
**P.O.Box 1010**
Number   Street


**Evansville IN 47706**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

**6**

**Synchrony Bank - Bankruptcy Dept**
Creditor's Name
**P.O.Box 965061**
Number   Street


**Orlando FL 32896**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | | Total claim |
|---|---|---|
| **Total claims from Part 1** | **6a.** Domestic support obligations ................................................. 6a. | $0.00 |
| | **6b. Taxes and certain other debts you owe the government** ....................................... 6b. | $9,749.32 |
| | **6c. Claims for death or personal injury while you were intoxicated** ........................................ 6c. | $0.00 |
| | **6d. Other.** Add all other priority unsecured claims. Write that amount here................................ 6d. | $0.00 |
| | **6e. Total** Add lines 6a through 6d. ................................................................. 6e. | $9,749.32 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | **6f. Student loans**................................................................................................... 6f. | $0.00 |
|  | **6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims** .................................................................................. 6g. | $0.00 |
|  | **6h. Debts to pension or profit-sharing plans, and other similar debts**.................... 6h. | $0.00 |
|  | **6i. Other.** Add all other nonpriority unsecured claims. Write that amount here................ 6i. | $71,087.57 |
|  | **6j. Total.** Add lines 6f through 6i. .......................................................................... 6j. | $71,087.57 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    __Thomas D. Mohr__

Debtor 2    __Susan P. Mohr__
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of Ohio__

Case number    __3:19-bk-33255__
(If known)

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.    **Do you have any executory contracts or unexpired leases?**
      ☒    No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
      ☐    Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Thomas D. Mohr**

Debtor 2    **Susan P. Mohr**
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of Ohio**

Case number    **3:19-bk-33255**
(If known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☒ No
       ☐ Yes. In which community state or territory did you live? . Fill in the name and current address of that person.

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1   **Thomas D. Mohr**

Debtor 2   **Susan P. Mohr**
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of Ohio**

Case number   **3:19-bk-33255**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of

## Official Form 106I
# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| **Occupation** | | |
| **Employer's name** | Rail Crew Express | N/A |
| **Employer's address** | | N/A |
| | Lenexa, KS | |
| **How long employed there?** | | N/A |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Including your non-filing spouse unless you are separated.**

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$1,170.00** | **$0.00** |
| **3.** | **Estimate and list monthly overtime pay.** | 3. | **$0.00** | **$0.00** |
| **4.** | **Calculate gross income.** Add line 2 + line 3. | 4. | **$1,170.00** | **$0.00** |
| **5.** | **List All payroll deductions:** | | | |
| | **5a. Tax, Medicare, and Social Security deductions** | 5a. | **$269.00** | **$0.00** |
| | **5b. Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5c. | **Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** |
| 5e. | **Insurance** | 5e. | **$0.00** | **$0.00** |
| 5f. | **Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| 5g. | **Union dues** | 5g. | **$0.00** | **$0.00** |
| 5h. | **Other deductions.** Specify: | 5h. | **$0.00** | **$0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a through 5h | 6. | **$269.00** | **$0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$901.00** | **$0.00** |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | **Interest and dividends** | 8b. | **$0.00** | **$0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | **Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
| 8e. | **Social Security** | 8e. | **$1,776.00** | **$690.00** |
| 8f. | **Other government assistance that you regularly receive** | 8f. | **$0.00** | **$0.00** |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | | | |
| 8g. | **Pension or retirement income** | 8g. | **$2,009.09** | **$0.00** |
| 8h. | **Other monthly income.** Specify: | 8h. | **$0.00** | **$0.00** |
| 9. | **Add all other income.** Add lines 8a-8h. | 9. | **$3,785.09** | **$690.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 9 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$5,376.09** | |
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J* **(Official Form 106J).** | 11. | **$0.00** | |
| | Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J* (Official Form 106J). | | | |
| | Specify: | | | |
| 12. | **Add the amounts on lines 10 and 11.** The result is the combined monthly income. Also write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information* (Official Form 106Sum) if it applies. | 12. | **$5,376.09** | |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

19-33255-maw    Doc 14    FILED 11/05/19    ENTERED 11/05/19 14:59:55    Page 25 of 40

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☒ No
☐ Yes.
Explain.....

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Thomas D. Mohr**

Debtor 2    **Susan P. Mohr**
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of Ohio**

Case number    **3:19-bk-33255**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of

Official Form 106J
# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
| --- | --- |

**1.    Is this a joint case?**

☐ No. Go to line 2.
☒ Yes. **Does Debtor 2 live in a separate household?**

☒ No.
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*

**2.    Do you have dependents?**

Do not list Debtor 1 or Debtor 2.

Do not state the dependents' names.

☒ No
☐ Yes. Fill out this information for each dependent

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as your bankruptcy filing date unless you are using this form as supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash governmental assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Note:** Expenses for property other than the debtor(s)' primary residence(s), if any, are reported in the Summary of Business/Real-Estate Income & Expense annexed to Schedule I.

|  | | Your expenses |
| --- | --- | --- |
| **4.    The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$855.00** |
| If not included in line 4: | | |
| **4a.   Real estate taxes** | 4a. | |
| **4b.   Property, homeowner's, or renter's insurance** | 4b. | |
| **4c.   Home maintenance, repair, and upkeep expenses** | 4c. | **$200.00** |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | | Your expenses |
|---|---|---|---|
| | **4d. Homeowner's association or condominium dues** | 4d. | |
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$1.00** |
| **6.** | **Utilities:** | | |
| | **6a. Electricity, heat, natural gas** | 6a. | **$305.00** |
| | **6b. Water, sewer, garbage collection** | 6b. | **$140.00** |
| | **6c. Telephone, cell phone, Internet, satellite, and cable services** | 6c. | **$261.00** |
| | **6d. Other. Specify: N/A** | 6d. | |
| **7.** | **Food and housekeeping supplies** | 7. | **$900.00** |
| **8.** | **Childcare and children's education costs** | 8. | |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | **$200.00** |
| **10.** | **Personal care products and services** | 10. | **$200.00** |
| **11.** | **Medical and dental expenses** | 11. | **$100.00** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$250.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazine, and books** | 13. | **$150.00** |
| **14.** | **Charitable contributions and religious donations** | 14. | |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | **15a. Life insurance** | 15a. | **$443.00** |
| | **15b. Health insurance** | 15b. | **$38.00** |
| | **15c. Vehicle insurance** | 15c. | **$73.83** |
| | **15d. Other insurance. Specify: N/A** | 15d. | |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| | IRS payment plan | | **$119.00** |
| **17.** | **Installment or lease payments** | | |
| | **(None)** | 17. | **$0.00** |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I* (Official Form 106I)** | 18. | |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: N/A | 19. | |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I* (Official Form 106I)** | | |
| | **20a. Mortgages on other property** | 20a. | |
| | **20b. Real estate taxes** | 20b. | |
| | **20c. Property, homeowner's, or renter's insurance** | 20c. | |
| | **20d. Maintenance, repair, and upkeep expenses** | 20d. | |
| | **20e. Homeowner's association or condominium dues** | 20e. | |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

19-33255-maw    Doc 14    FILED 11/05/19    ENTERED 11/05/19 14:59:55    Page 28 of 40

|  |  | Your expenses |
|---|---|---|
| **20f.  Other. Specify:** | 20f. |  |
| **21.  Other.** Specify: | 21. |  |
| emergency savings |  | **$200.00** |
| new car payment |  | **$694.00** |

**22.  Calculate your monthly expenses.**

| | | |
|---|---|---|
| **22a. Add lines 4 through 21.** | 22a. | **$5,129.83** |
| **22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2** | 22b. | |
| **22c. Add line 22a and 22b. The result is your monthly expenses.** | 22c. | **$5,129.83** |

**23.  Calculate your monthly net income**

| | | |
|---|---|---|
| **23a. Copy line 12** *(your combined monthly income)* from *Schedule I* | 23a. | **$5,376.09** |
| **23b. Copy your monthly expenses from line 22 above.** | 23b. | **$5,129.83** |
| **23c. Subtract your monthly expenses from your monthly income. The result is your** *monthly net income* | 23c. | **$246.26** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No
☒ Yes.
   Explain.....

> **Any excess income is the result of exempt Social Security and will be used for future medical expenses and emergency savings**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Thomas D. Mohr**

Debtor 2    **Susan P. Mohr**
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of Ohio**

Case number    **3:19-bk-33255**
(If known)

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person **N/A**. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

/s/ Thomas D. Mohr      11/05/2019
Signature of Debtor 1      Date

/s/ Susan P. Mohr      11/05/2019
Signature of Debtor 2      Date

**Fill in this information to identify your case:**

Debtor 1 __Thomas D. Mohr__

Debtor 2 __Susan P. Mohr__
(Spouse, if filing)

United States Bankruptcy Court for the __Northern District of Ohio__

Case number __3:19-bk-33255__
(If known)

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**
☒ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**
☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
*(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities. If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | $9,628.84 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2018) | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | $15,166.62 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2017) | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | $19,669.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright® 2010-2017 by Walter Oney. All rights reserved.

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social
Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from
lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received
together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐   No
☒   Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | pensions | $20,090.00 | | |
|  | Social Security | $22,194.00 | | |
|  | | | | |
| **For last calendar year:** (January 1 to December 31, 2018) | pension | $24,109.00 | | |
|  | Social Security | $31,947.00 | | |
|  | | | | |
| **For the calendar year before that:** (January 1 to December 31, 2017) | pension | $24,109.00 | | |
|  | Social Security | $31,303.00 | | |
|  | | | | |

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825.00* or more?

☐   No. Go to line 7.

☐   Yes. List below each creditor to whom you paid a total of $6,825.00* or more in one or more payments and the total
amount you paid that creditor. Do not include payments for domestic support obligations, such as child support
and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 04/01/2022 and every 3 years after that for cases filed on or after the date of adjustment.

☒   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No. Go to line 7.

☒   Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.
Do not include payments for domestic support obligations, such as child support and alimony. Also, do not
include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Lending Club Corporation<br>21 Stevenson<br>Suite 300<br>San Francisco, CA 94105 | 08/02/2019 | $639.84 | $16,542.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☒ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.
☒ No
☐ Yes. List all payments to an insider

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.
☒ No
☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.
☒ No
☐ Yes. Fill in the details

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.
☒ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

19-33255-maw    Doc 14    FILED 11/05/19    ENTERED 11/05/19 14:59:55    Page 33 of 40

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No

☐ Yes. Fill in the details of each gift or contribution

---

### Part 6:     List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No

☐ Yes. Fill in the details

---

### Part 7:     List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☒ Yes. Fill in the details

| Person who was paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| James M. Perlman<br>416 N. Erie<br>#100<br>Toledo, OH  43604<br><br>Email or website address: **jperl@bex.net**<br><br>Person Who Made the Payment if Not You: | Expense & fee retainer (including any retainer for the filing fee) | 10/07/2019 | $1,050.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☐ No

☒ Yes. Fill in the details.

| Person who was paid | Description and value of property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Apprisen<br>690 Taylor Road<br>suite 150<br>Columbus, OH  43230 | check | 05/13/2019 | $1,313.00 |
| Apprisen<br>690 Taylor Road<br>suite 150<br>Columbus, OH  43230 | check | 06/11/2019 | $1,139.00 |
| Apprisen<br>690 Taylor Road<br>suite 150<br>Columbus, OH  43230 | check | 07/11/2019 | $1,164.00 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☒ No
☐ Yes. Fill in the details

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)
☒ No
☐ Yes. Fill in the details

<h3>Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units</h3>

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☒ No
☐ Yes. Fill in the details

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
☒ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
☒ No
☐ Yes. Fill in the details.

<h3>Part 9:    Identify Property You Hold or Control for Someone Else</h3>

23. **Do you hold or control any property that someone else owns?** Include any property you borrowed from, are storing for, or hold in trust for someone.
☒ No
☐ Yes. Fill in the details.

<h3>Part 10:    Give Details About Environmental Information</h3>

For the purpose of Part 10, the following definitions apply:

- Environmental law means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- Site means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- Hazardous material means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**
☒ No
☐ Yes. Fill in the details

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**25. Have you notified any governmental unit of any release of hazardous material?**
☒ No
☐ Yes. Fill in the details

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
☒ No
☐ Yes. Fill in the details

---

**Part 11:**    Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**
☒ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| Business name and address | Describe the nature of the business and identify the accountant or bookkeeper | Employer identification number (Do not include SSN or ITIN) Dates business existed |
|---|---|---|
| Susan Mohr Cleaning 1030 Cambridge Avenue Marion, OH  43302 | cleaning apartments none | (Same as SSN/ITIN) 2014 to 2018 |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**
☒ No
☐ Yes. Fill in the details below.

---

**Part 12:**    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Thomas D. Mohr                                                                      11/05/2019
Signature of Debtor 1                                                                  Date

/s/ Susan P. Mohr                                                                        11/05/2019
Signature of Debtor 2                                                                  Date


Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?
☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of person **N/A -- the BkAssist software used to prepare this petition is licensed for use only by attorneys.**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Thomas D. Mohr**

Debtor 2    **Susan P. Mohr**
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of Ohio**

Case number    **3:19-bk-33255**
(If known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Hold Secured Claims

For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| FCI Lender Services<br><br>1030 Cambridge Marion OH | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: **Continue to pay the obligation as permitted by applicable non-bankruptcy law** | ☐ No<br>☒ Yes |
| Ford Motor Credit Company<br><br>2017 Ford Escape | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☒ Yes |
| Specialized Loan Servicing, LLC<br><br>1030 Cambridge Marion OH | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: **Continue to pay the obligation as permitted by applicable non-bankruptcy law** | ☐ No<br>☒ Yes |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| Describe your unexpired personal property lease | Will the lease be assumed? |
|---|---|

**Part 3:**     Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

/s/ Thomas D. Mohr _____          11/05/2019 _____
Signature of Debtor 1                                                                    Date

/s/ Susan P. Mohr _____          11/05/2019 _____
Signature of Debtor 2                                                                    Date

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1 __**Thomas D. Mohr**__

Debtor 2 __**Susan P. Mohr**__
(Spouse, if filing)

United States Bankruptcy Court for the __**Northern District of Ohio**__

Case number __**3:19-bk-33255**__
(If known)

Check if this is:
☐ An amended filing
☐ A supplement disclosing additional payments or agreements as of

# Form BKA-2030
# Disclosure of Compensation of Attorney for Debtor                    12/15

Use this procedural form, if desired, to disclose the matters enumerated in 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b).

Disclosure is required within 14 days after the order for relief or another time as the court may direct. A supplemental disclosure is required within 14 days after any payment or agreement not previously disclosed.

Attach a copy of the retainer agreement, if any.

| **Part 1:** | **Compensation** |
|---|---|

For legal services, I have agreed to accept .......................... **$1,000.00**

Prior to the filing of this statement I have received
    Retainer for legal services............................................. **$1,000.00**

     Retainer for expenses, including the court filing fee ...... **$50.00**

Balance Due ...................................................................... **$0.00**

2. The source of the compensation paid to me was:

    ☐ Debtor   ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☐ Debtor   ☐ Other (specify)   ☒ N/A

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

| **Part 2:** | **Services** |
|---|---|

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.

   b.  Preparation and filing of any petition, schedules, statement of affairs and plan that may be required.

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

   d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

e.

f.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**representation of debtor in adversary and contested matters**

7.  A copy of my retainer agreement ☐ is  ☒ is not attached.

<span style="background:black;color:white">Part 3:</span>   **Certification**

I certify that the foregoing is a complete statement of any agreement  or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

/s/ James M. Perlman                                                      11/05/2019
James M. Perlman (Groth & Associates)                                    Date

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.